IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSÉ FERNANDO ACOSTA-GERMÁN,<br>Defendant | INDICTMENT<br><br>CRIMINAL NO. 26-13 (CVR)<br><br>VIOLATION:<br>18 U.S.C. § 2199<br>8 U.S.C. § 1326(a)<br>(TWO COUNTS) |

THE GRAND JURY CHARGES:

### COUNT ONE
### Stowaway on a Vessel
(Title 18, *United States Code*, Section 2199)

On or about December 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSÉ FERNANDO ACOSTA-GERMÁN,**

having boarded, entered and secreted himself aboard a vessel, to wit: the Tugboat Southern Dawn/Charlotte Bride Barge, near the Dominican Republic, outside the jurisdiction of the United States, with the intent of obtaining transportation and without the consent of the owner, charterer, master and person in command of said vessel, and having with like intent remained aboard said vessel after the vessel left the Dominican Republic, was thereon when the vessel reached the Port of San Juan Pier in San Juan, Puerto Rico, within the jurisdiction of the United States. All in violation of Title 18, *United States Code*, Section 2199.

### COUNT TWO
### Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

On or about December 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JOSÉ FERNANDO ACOSTA-GERMÁN,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, attempted to enter and entered the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

_____
Foreperson
Dated: 1-12-26